FILED
2017 MAY 24 AM 11:16
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2016 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>FAZLIDDIN KURBANOV,<br><br>          Defendant. | ED CR17-00091 UA<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 1114(3), 1113: Attempted Murder of a Federal Officer; 18 U.S.C. § 111(b): Assault on a Federal Officer or Employee With a Deadly or Dangerous Weapon and Which Inflicts Bodily Injury; 18 U.S.C. § 1791(a)(2), (b)(3): Possession by an Inmate of a Prohibited Object Designed or Intended to Be Used as a Weapon] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 1114(3), 1113]

On or about May 31, 2016, in San Bernardino County, within the Central District of California, defendant FAZLIDDIN KURBANOV did, willfully, deliberately, maliciously, and with premeditation and malice aforethought, attempt to unlawfully kill C.J., an officer and employee of the United Sates, while C.J. was engaged in and on account of the performance of his official duties.

COUNT TWO

[18 U.S.C. § 111(b)]

On or about May 31, 2016, in San Bernardino County, within the Central District of California, defendant FAZLIDDIN KURBANOV assaulted victim C.J., an officer and employee of the United States, while C.J. was engaged in and on account of the performance of his official duties, using a deadly and dangerous weapon and inflicting bodily injury upon C.J.

COUNT THREE

[18 U.S.C. § 1791(a)(2), (b)(3)]

On or about May 31, 2016, in San Bernardino County, within the Central District of California, defendant FAZLIDDIN KURBANOV, an inmate at the Federal Correctional Institution at Victorville, California, knowingly possessed a prohibited object that was designed and intended to be used as a weapon, namely, a metal blade or "shank" approximately three to four inches in length.

At the time defendant committed the above-described offense, he was under a criminal justice sentence of imprisonment exceeding one year and one month and was in imprisonment status on such sentence.

A TRUE BILL

/s/
Foreperson

SANDRA R. BROWN
Acting United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, Terrorism and Export
Crimes Section

JAY H. ROBINSON
Assistant United States Attorney
Deputy Chief, Terrorism and
Export Crimes Section